**Percy A. ROBBINS v. John F. DEVINE et al.**
No. 8506.

Circuit Court of Appeals, Ninth Circuit.
May 24, 1937.

Lyons & Orton, of Seattle, Wash., Carl Dreutzer, of Chicago, Ill., and James Frawley, of Nome, Alaska, for appellant.

O. D. Cochran, of Nome, Alaska, and Wm. A. Gilmore, of Seattle, Wash., and LeRoy M. Sullivan, of Nome, Alaska, for appellees.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.

**Nat ROGAN, Collector of Internal Revenue, etc., Appellant, v. Dorothy Blanche MILLS, etc., Appellee.**
No. 8580.

Circuit Court of Appeals, Ninth Circuit.
June 21, 1937.

Peirson M. Hall, U. S. Atty., and Alva C. Baird, both of Los Angeles, Cal., for appellant.

Sloane & Steiner, of San Diego, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of appellant and good cause therefor appearing, ordered appeal in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

**Ethie.Ann RUTHERFORD and B. W. Rutherford v. FIDELITY BANKERS TRUST CO.**
No. 7772.

Circuit Court of Appeals, Sixth Circuit.
June 28, 1937.

W. J. Carter, of Johnson City, Tenn., for appellants.

Before HICKS and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

It is ordered that this cause be reversed and remanded to the District Court for the Eastern District of Tennessee, for such orders by that court as may be proper.

**SANFORD REALTY CO. v. EDWIN CLAPP & SON, Inc.**
No. 3232.

Circuit Court of Appeals, First Circuit.
June 16, 1937.

Joseph W. Bartlett, William F. Coles, and Bartlett, Jennings & Bartlett, all of Boston, Mass., for appellant.

Robert A. B. Cook, Jonathan B. Rintels, and Phipps, Durgin & Cook, all of Boston, Mass., for appellee.

PER CURIAM.

Upon stipulation, it is ordered that this appeal be, and the same hereby is, dismissed, without costs.